**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-11-101-GF-BMM** |
| Plaintiff, | |
| vs. | |
| MICHAEL LEE WAKEFORD, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 25, 2021. (Doc. 98.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 23, 2021. (Doc. 97.) The United States accused Wakeford of violating his conditions of supervised release by committing two separate crimes. (Doc. 87.)

At the revocation hearing, Wakeford admitted to alleged violation 1.  The Court dismissed alleged violation 2 on the government's motion.  (Doc. 97.)  Judge Johnston found that the violation Wakeford admitted proved to be serious and warranted revocation, and recommended that Wakeford receive a custodial sentence of 18 months, with 18 months of supervised release to follow.  Judge Johnston also recommended that Wakeford serve his term of custody at the Federal Correctional Facility in Sheridan, Oregon and that Wakeford spend the first 180 days of supervised release in a residential re-entry center.  (Doc 98.)  Wakeford was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 97.)  The violations prove serious and warrant revocation of Wakeford's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 98) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Michael Lee Wakeford be sentenced to the custody of the United States Bureau of Prisons for 18 months, with 18 months supervised release to follow with the first 180 days of supervised release at a residential re-entry center as directed by his probation officer. Wakeford should serve his time in custody at the Federal Correctional Facility in Sheridan, Oregon.

DATED this 12th day of March, 2021.


Brian Morris, Chief District Judge
United States District Court